IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03210-REB-BNB

ROBERT S. OLDS, and
BONNIE L. OLDS,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#31] entered by Judge Robert E. Blackburn on September 11, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#23] filed June 20, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the **Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** [#18] filed January 28, 2013, is **GRANTED**;

3. That under FED. R. CIV. P. 12(b)(6), the plaintiffs' amended complaint [#14] is **DISMISSED** without prejudice;

4. That **JUDGMENT IS ENTERED** in favor of the defendant, Bank of America

NA, against the plaintiffs, Robert S. Olds, and Bonnie L. Olds, jointly and severally, on all claims for relief and causes of action asserted in this case;

    4.  That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 13th day of September, 2013.

                  FOR THE COURT:

                  JEFFREY P. COLWELL, CLERK

                  By: s/Edward P. Butler
                          Edward P. Butler
                          Deputy Clerk